# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AL L. ROSS

NO. 2026 KW 0469

**JULY 13, 2026**

---

In Re:    Al L. Ross, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 890526.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.** Relator does not clearly state what relief he seeks. This court is limited to review of district court rulings or the failure of the district court to act on a properly filed pleading. Any application filed in this court should indicate what relief has been sought in the district court and the result of such filing, and should include a copy of any motions or pleadings filed in the district court that are now at issue, a copy of the district court's rulings, and a copy of all other pertinent documentation. This writ application presents nothing for this court to review.

> MRT
> WIL
> SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT